# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **VERONICA GRIMM**, | |
| Plaintiff, | Case No. 2:18-cv-1522 |
| v. | Judge Graham |
| **GPG PROCESSING, LLC,** *et al.,* | Magistrate Judge Vascura |
| Defendant. | |

## ORDER

This matter is before the Court for consideration of the September 19, 2019, Report and Recommendation of Magistrate Judge Vascura, to whom this case was referred pursuant to 28 U.S.C. § 636(b) (ECF No. 26), recommending that the Court enter default judgment against Defendants GPG Processing, LLC d/b/a Revenue Management Group LLC ("RMG") and Gregory Hopkins ("Hopkins") in an amount determined following a damages hearing held pursuant to Fed. R. Civ. P. 55(b)(2)(B). (ECF No. 30.) After considering Plaintiff Veronica Grimm's uncontroverted testimony, the Amended Complaint, affidavits, and billing invoice, Magistrate Judge Vascura recommended that the Court enter default judgment against Defendants RMG and Hopkins in the amount of $27,651.38. (*Id.* at 277.) Magistrate Judge Vascura's recommended amount consists of $1,000 in statutory damages pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq.*; $16,116.88 in actual damages pursuant to the FDCPA; $10,134.50 in attorney fees and litigation expenses; and $400 in court costs. (*Id.*) For the reasons that follow, the Court **ADOPTS** the Report and Recommendation issued by Magistrate Judge Vascura. (ECF No. 30.)

The Report and Recommendation specifically advised the parties that failure to object to the Report and Recommendation within fourteen (14) days "will result in a waiver of the right to

1

have the District Judge review the Report and Recommendation *de novo*, and also operates as a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation." (ECF No. 30 at 277–78.)  The October 3, 2019 deadline for filing objections to the Report and Recommendation has since expired, and no party has objected to the Report and Recommendation.

The Court therefore **ADOPTS** the Report and Recommendation of Magistrate Judge Vascura. (ECF No. 30.)  Default judgment is hereby entered against Defendants RMG and Hopkins in the amount of $27,651.38, consisting of $1,000 in statutory damages pursuant to the FDCPA; $16,116.88 in actual damages pursuant to the FDCPA; $10,134.50 in attorney fees and litigation expenses; and $400 in court costs.  The Clerk is directed to enter final judgment in this case.

**IT IS SO ORDERED**.

/s/ James L. Graham
JAMES L. GRAHAM
United States District Judge

DATE: October 8, 2019